

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Cannon Jay Ebarb, Appellant

No. 06-17-00032-CR       v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 44,105-B). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the order of adjudication to recite the correct offense for which Ebarb was convicted as aggravated assault with a deadly weapon, to recite the correct statute of the offense as Section 22.02(a)(2) of the Texas Penal Code, to recite the correct degree of the offense as a second degree felony, to recite that the plea to the enhancement paragraph was "True," and to recite that the finding on the enhancement paragraph was "True.". As modified, the judgment of the trial court is affirmed.

We note that the appellant, Cannon Jay Ebarb, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 8, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk